No. 05–510.   PALESTINE LIBERATION ORGANIZATION ET AL. *v.* UNGAR, BY AND THROUGH THE ADMINISTRATOR OF HER ESTATE,

STRACHMAN, ET AL. C. A. 1st Cir. Certiorari denied. ▮